```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LUIS TORO,                                                       :
                                                                 :
                        Plaintiff,                               :
                                                                 :         23 Civ. 1861 (JPC)
            -v-                                                  :
                                                                 :              ORDER
HAT WORLD, INC.,                                                 :
                                                                 :
                        Defendant.                               :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court understands that the parties have reached an agreement in principle to resolve this action. Dkt. 15. It is hereby ORDERED that all deadlines in this matter are stayed until September 27, 2023. The parties shall file a status report by that date in the event that dismissal paperwork has not been filed by then. The Clerk of Court is respectfully directed to close Docket Number 15.

SO ORDERED.

Dated: August 28, 2023
       New York, New York

                                                    _____
                                                            JOHN P. CRONAN
                                                       United States District Judge